# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Thomas Alan Skalicky, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER (AMENDED)** |
| vs. | ) | |
| | ) | |
| Kolby Braun, Troy Schutz, and | ) | |
| Lean Bersearch, | ) | |
| | ) | Case No. 1:12-cv-061 |
| Defendants. | ) | |

Plaintiff Thomas Alan Skalicky ("Skalicky") is an inmate at the Missouri River Correctional Center ("MRCC"). He initiated the above entitled action by complaint on May 30, 2012. On June 5, 2012, he filed a document captioned "Motion to Be Allowed to Submit Exhibits with Attached Arguments," requesting, inter alia, leave to supplement his original complaint and an order from the court directing defendants to transport him the North Dakota State Penitentiary's law library.

The court construes as Skalicky's request to supplement his complaint as a motion to amend The court construes as Skalicky's request to supplement his complaint as a motion to amend the pleadings. Given the posture of the case, the court will grant Skalicky leave to amend his complaint. However, the court is not inclined to order defendants to transport of Skalicky to the NDSP.

Accordingly, Skalicky's motion (Docket No. 9) is **GRANTED IN PART AND DENIED IN PART**. Skalicky shall have until July 9, 2012, to file an amended complaint. Skalicky is advised that he will not be permitted to plead his case piecemeal. He should set forth all of his claims, describe the factual bases for his claims, and attach all of his exhibits to any amended complaint he files with the court.

1

Prison Litigation Reform Act of 1995 mandates the court to conduct an initial screening of prisoner complaints. See 28 U.S.C. § 1915A. The court shall hold the screening of Skalicky's pleadings in abeyance pending receipt of his amended complaint. Should he not file an amended complaint with the court by July 9, 2012, the court shall proceed with the screening of Skalicky's original complaint.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge